UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

ARB LABS INC., et al.,

                        Plaintiffs,

   v.

JUSTIN WOODARD,

                        Defendant.

Case No. 2:19-cv-00116-JAD-PAL

ORDER

On January 25, 2019, the Honorable Jennifer A. Dorsey conducted a hearing on Plaintiffs ARB Labs Inc. and ARB Labs USA Inc.'s (jointly, "ARB Labs") Emergency Motion for Ex Parte Temporary Restraining Order, Civil Seizure, Expedited Discovery and Preliminary Injunction (ECF No. 2) ("Emergency Motion").  Judge Dorsey granted the Emergency Motion in part and ordered that:

- ARB Labs post a bond in the amount of $1,730.91 by Monday, January 28, 2019, by noon, to effectuate the order and recompense Justin Woodard if it is later determined that he has been wrongfully retrained.  The Emergency Motion was denied in all other respects;

- ARB Labs' motion for a civil restraining order was denied;

- ARB Labs' motion for expedited discovery was referred to the undersigned;

- ARB Labs must serve Justin Woodard with summons and copies of the complaint, the Emergency Motion, and the January 25, 2019 Order as soon as practicably possible, but no later than 5:00 p.m. on January 29, 2019; and

- ARB Labs' motion for a preliminary injunction shall be heard on February 6, 2019, at 10:00 a.m. before Judge Dorsey.

*See* Order (ECF No. 7).

/ / /

1

On January 30, 2019, ARB Labs filed an Emergency Motion for Extension of Time to Complete Service (ECF No. 18) pursuant to Judge Dorsey's Order, which also requested other forms of relief. This motion was granted nunc pro tunc. Order (ECF No. 18). ARB Labs subsequently filed an Emergency Motion for (1) a Finding of Sufficient Service and Adequate Notice, (2) Extension of Service and TRO Expiration Deadlines in Order, (3) Authorization for Alternative Means of Service, and (4) Reconsideration of Request for Civil Seizure (ECF No. 19). This motion will be heard at the previously scheduled hearing before Judge Dorsey on February 6, 2019. *See* Min. Order (ECF No. 21).

As noted, Judge Dorsey referred the request for expedited discovery to me. Having reviewed and considered the matter,

**IT IS ORDERED** that:

1.  Defendant Justin Woodard shall have until **February 20, 2019**, to file a response to the motion for expedited discovery;

2.  Plaintiffs shall have until **February 27, 2019**, to file a reply;

3.  A hearing on the motion for expedited discovery is set for **10:30 a.m. March 4, 2019**, in Courtroom 3B.

DATED this 7th day of January 2019.

PEGGY A. LEEN
UNITED STATES MAGISTRATE JUDGE

2